574 A.2d 600

Henry SIMMONS, Executor of the Estate of Ethel H. Holloway Simmons, Appellant at No. 7,

v.

John F. WHITE, Jr., Secretary of Public Welfare and John C. Brown, Manager, Case Correspondence Unit of Department of Public Welfare; and Martha A. Roberts, Claim Settlement Agent of Department of Public Welfare; and Ruth O'Brien, Assistant Counsel Chief, Civil Recovery Unit of Department of Public Welfare, Individual, Joint and Several Liability.

Appeal of John F. WHITE, Jr., and Ruth O'Brien at No. 2.

Supreme Court of Pennsylvania.

Argued May 7, 1990.

Decided May 23, 1990.

Kate L. Mershimer, John G. Knorr, III, Deputy Attys. Gen., for appellants.

Robert J. Mulligan, Jr., Philadelphia, for appellants.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

NIX, C.J., and FLAHERTY and McDERMOTT, JJ., dissent.